**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.facebook.com/StuartWeitzman/posts/kendall-jenner-inourshoes-last-week-in-nycshop-the-milla-bitly2gchi5c/10156975405506519/



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.instagram.com/p/BzO07qenRSY/



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.stuartweitzman.com/products/soholand-boot/SC731.html

